UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Manuel ARMENTA-Leyva<br><br>Defendant | Magistrate Docket No.<br><br>**COMPLAINT FOR VIOLATION OF:**<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States<br><br>'08 MJ 0293 |

FILED
08 FEB -1 AM 9:45
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **January 31, 2008** within the Southern District of California, defendant, **Jose Manuel ARMENTA-Leyva**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **FEBRUARY 2008.**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Manuel ARMENTA-Leyva

## PROBABLE CAUSE STATEMENT

On January 31, 2008, Border Patrol Agent J. Ferrusi, was assigned to the Campo, California Border Patrol Station area of operations. Agent Ferrussi received a report via service radio that a caller from Golden Acorn Casino reported a Black Dodge Truck on their premises involved in possible smuggling operations. Acorn Casino is in the intersection of Highway 80 and Church Road. Agent Ferrusi and Border Patrol Agent J. Duenas responded. Agent Ferrusi arrived and found a black Dodge truck matching the description. Agent Ferrusi observed an individual, later identified as Josue PARDO-Brambilia, in the driver's seat. Agent Ferrisi identified himself as a Border Patrol Agent and questioned PARDO as to his citizenship. PARDO stated that he was a citizen and national of Mexico and did not have the proper immigration documents to be or remain in the United States. Agent Ferrusi placed PARDO under arrest.

A few minutes later Agent Duenas arrived on scene as another individual, later identified as the defendant **Jose Manuel ARMENTA-Leyva**, came out of the Golden Acorn Casino and approached the Dodge truck. Agent Duenas approached the individual and identified himself as a Border Patrol Agent and questioned the defendant as to his citizenship. The defendant stated that he was a citizen of Mexico without any immigration documents to be in or remain in the United States. At approximately 9:15 a.m., Agent Duenas placed the defendant under arrest and transported both subjects to the Campo Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on December 27th 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.